B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re  Tara Yvonne Carter-Miller _____ ,         Case No. _____
                    Debtor

                                                          Chapter  7 _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.    In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ ~~299~~ 306.00 in installments.

2.    I am unable to pay the filing fee except in installments.

3.    Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.    I propose the following terms for the payment of the Filing Fee.*

$ _____100_____  Check one ☐  With the filing of the petition, or
                          ☒  On or before ~~July 1, 2012~~ 6/29/12 (Jc)

$ _____100_____  on or before ~~August 1, 2012~~ 7/29/12 (Jc)

$ _____99_____  on or before ~~September 1, 2012~~ 8/28/12 (Jc)

$ _____7.00_____  on or before 9/27/12

*FILED*
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 30 2012

KENNETH S. GARDNER, CLERK
DEPUTY CLERK - KK

*    The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.    I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____         Tara W. Carter 5/29/2012
Signature of Attorney          Date      Signature of Debtor          Date
                                         (In a joint case, both spouses must sign.)

_____         _____
Name of Attorney                         Signature of Joint Debtor (if any)          Date

--------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

Nina M. Cunningham, President/CEO                        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
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs the document.*

1133 Rose Drive
Sycamore, IL 60178
Address

x  Nina M
Signature of Bankruptcy Petition Preparer                 5/29/2012
                                                          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court

_____Northern_____ District Of _Illinois_____

In re _Tara Yvonne Carter-Miller_____,                Case No. _____
                        Debtor

                                                             Chapter _7_____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing
application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____        Check one ☐   With the filing of the petition, or
                                   ☐   On or before _____

$ _____        on or before _____

$ _____        on or before _____

$ _____        on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional
payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                        BY THE COURT

                                             KENNETH S. GARDNER  KK
                                             Clerk of the U.S. Bankruptcy Court

Date: _5/30/12_____                   _____
                                             _United States Bankruptcy Judge_